OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

4/8/2015

02 1R
0002003152
$ 00.26⁵
APR 09 2015
MAILED FROM ZIP CODE 78701

DELBOSQUE, GRISELDA    Tr. Ct. No. W99-70035-H(A)         WR-82,836-01

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

GRISELDA DELBOSQUE

UTF

78127